UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LARRY F. LITTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   2:17-cv-127 |
| | ) | Judge Phillips |
| STATE OF TENNESSEE | ) | |
| DEPARTMENT OF HUMAN | ) | |
| RESOURCES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying memorandum opinion, the defendants' motion to dismiss [Doc. 35] is **GRANTED in part and DENIED in part**. The claims against the State of Tennessee Department of Human Services, the State of Tennessee Department of Intellectual and Developmental Disabilities, and the State of Tennessee Department of Health are **DISMISSED**.  The case will proceed on the claims against the State of Tennessee Department of Human Resources and the State of Tennessee.

IT IS SO ORDERED.

   s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE